

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00152-CR

_____

JASON TRUVER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 0743445

---

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION AND ORDER**

Appellant Jason Truver filed a notice of appeal on October 27, 2020, in which he states that he is appealing "his Nunc Pro Tunc Motion & his Time Cut Motion." We sent Truver a letter on November 5, 2020, noting our concern that we may not have jurisdiction over this appeal because the trial court has not ruled on either of Truver's motions and that it appears there are no final judgments or orders subject to appeal. *See* Tex. R. App. P. 26.2(a). In the letter, we invited Truver or any party desiring to continue this appeal to file a response by November 16, 2020, showing grounds for continuing the appeal. We also warned Truver that this "appeal may be dismissed for want of jurisdiction." Although Truvor has filed multiple responses, he has not shown grounds for continuing this appeal. Because we have no jurisdiction to address Truver's notice of appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); 44.3; *see also Calton v. State*, Nos. 02-15-00246-CR, 02-15-00247-CR, 2016 WL 92760, at *1 (Tex. App.—Fort Worth Jan. 7, 2016, no pet.) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction because Appellant failed to furnish court of appeals with a signed copy of order purportedly being appealed).

On November 18, 2020, and under the appellate cause number that we have just dismissed above, Truver also filed "Truver's Application for Writ of Mandamus & Motion to set aside his Appellate brief till above said court receives the trial Judge's order granting or denying the time cut motion & nunc pro tunc motion." We order

2

the clerk of this court to accept Truver's writ of mandamus as an independent attempt to file an original proceeding and to process Truver's writ in the normal manner and under the typical practices that this court handles writs of mandamus. On November 20, 2020, Truver filed a motion to amend his application; we further order the clerk of this court to file this motion in the cause number that is opened for the original proceeding.

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 17, 2020